FILED

04/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0182

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0182

_____

HAMLIN CONSTRUCTION AND
DEVELOPMENT COMPANY, INC., a
Montana Corporation; JERRY HAMLIN and
BARBARA HAMLIN, Individually, and as
TRUSTEES OF THE HAMLIN FAMILY
REVOCABLE LIVING TRUST,

       Petitioners,

       v.

MONTANA FIRST JUDICIAL DISTRICT
COURT, LEWIS AND CLARK COUNTY,
HON. CHRISTOPHER ABBOTT, Presiding,

       Respondent.

O R D E R

_____

The above-captioned Petitioners ("Hamlins"), via counsel, seek a writ of supervisory control over the First Judicial District Court, Lewis and Clark County, in its Cause No. DDV-2018-980. Hamlins maintain this case should be consolidated with another case also pending in the First Judicial District Court under Cause No. XBDV-2018-1429. Hamlins have also petitioned for a writ of supervisory control over that matter and have moved this Court to consolidate both petitions for supervisory control. Hamlins further request that this District Court matter be stayed pending the resolution of this petition.

Supervisory control is an extraordinary remedy that is sometimes justified when urgency or emergency factors exist making the normal appeal process inadequate, when the case involves purely legal questions, and when the other court is proceeding under a mistake of law and is causing a gross injustice, constitutional issues of state-wide importance are involved, or, in a criminal case, the other court has granted or denied a motion to substitute a judge. M. R. App. P. 14(3). Whether supervisory control is

appropriate is a case-by-case decision. *Stokes v. Mont. Thirteenth Judicial Dist. Court*, 2011 MT 182, ¶ 5, 361 Mont. 279, 259 P.3d 754 (citations omitted).

In its Petition for Writ of Supervisory Control and Request for Stay of Proceedings filed in this case, Hamlins acknowledge that the District Court did not commit a mistake of law for which supervisory control might be appropriate. Instead, Hamlins assert that a mistake of law occurred in Cause No. XBDV-2018-1429 and that this case is "inextricably linked" such that supervisory control is also warranted here.

By separate Order, issued concurrently with this Order, we have determined that supervisory control is not warranted for Cause No. XBDV-2018-1429 and have denied and dismissed that petition. We therefore find no basis to exercise supervisory control in the present case.

Therefore,

IT IS ORDERED that the petition for writ of supervisory control is DENIED and DISMISSED.

IT IS FURTHER ORDERED that the motion to stay is DENIED as MOOT.

IT IS FURTHER ORDERED that the motion to consolidate this Court's Cause Nos. OP 20-0182 and OP 20-0184 is DENIED as MOOT.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the First Judicial District Court, Lewis and Clark County, Cause No. DDV-2018-980, and the Honorable Christopher Abbott, presiding.

DATED this 29th day of April, 2021.

/S/ JAMES JEREMIAH SHEA
/S/ BETH BAKER
/S/ LAURIE McKINNON
/S/ INGRID GUSTAFSON
/S/ DIRK M. SANDEFUR

2

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
April 29 2021